UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JAMES WILLIAM TOWNER,

                              Plaintiff,

        vs                                               9:08-CV-47

LAPE, Superintendent; JOHN DOE, Dep. of
Security; B. DONNELLY, Correction Officer;
and McINTYRE, Correction Officer,

                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                     OF COUNSEL:

JAMES WILLIAM TOWNER
Plaintiff, Pro Se
99-A-4878
Attica Correctional Facility
Box 149
Attica, NY 14011

HON. ANDREW M. CUOMO                RICHARD LOMBARDO, ESQ.
Attorney General of the                     Asst. Attorney General
  State of New York
Attorney for Defendants
Department of Law
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

       Plaintiff, James William Towner, brought this civil rights action pursuant to 42

U.S.C. § 1983. By Report-Recommendation dated November 19, 2008, the Honorable

David R. Homer, United States Magistrate Judge, recommended that defendants' motion to

dismiss be granted and the complaint be dismissed against defendant Lape in its entirety. The plaintiff has filed timely objections to the report-recommendation.

Based upon a careful review of the entire file and the recommendations of Magistrate Judge Homer, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. Defendants' motion to dismiss is GRANTED;

2. The complaint is DISMISSED as against defendant Lape, Superintendent, in its entirety.

IT IS SO ORDERED.

Dated:   January 8, 2009
         Utica, New York.

United States District Judge