UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JAMES WILLIAM TOWNER,
                              Plaintiff,

      - vs -                                          9:08CV47

JOHN DOE, Dep. of Security; B. DONNELLY
and McINTYRE, Each Correction Officer,

                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                      OF COUNSEL:

JAMES WILLIAM TOWNER
Plaintiff, Pro Se
99-A-4878
Attica Correctional Facility
Box 149
Attica, NY 14011

HON. ANDREW M. CUOMO               RICHARD LOMBARDO, ESQ.
Attorney General of the                    Asst. Attorney General
  State of New York
Attorney for Defendants
Department of Law
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff, James William Towner, brought this civil rights action in Jnuary 2008,

pursuant to 42 U.S.C. § 1983.  By Report-Recommendation dated July 27, 2010, the

Honorable David R. Homer, United States Magistrate Judge, recommended that the

plaintiff's motion for summary judgment be denied.  The plaintiff has filed timely oobjections

to the Report Recommendation.

Based upon a de novo review of the entire file, including the portions of the Report-Recommendation to which plaintiff has objected, and the recommendations of Magistrate Judge Homer, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that the plaintiff's motion for summary judgment is DENIED.

IT IS SO ORDERED.

Dated:  September 20, 2010
        Utica, New York.

_____
United States District Judge